```
              THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DANIEL WALTERS and MARIA WALTERS, | HON. JEROME B. SIMANDLE |
|  | Civil No. 06-1228 (JBS) |
| Plaintiffs, |  |
| v. | **ORDER** |
| GEORGE LITTLE MANAGEMENT, LLC <u>et al.</u>, |  |
| Defendants. |  |

This matter having come before the Court on Freeman's and GLM's motions for summary judgment [Docket Items 44 and 45]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**4th**___ day of **March, 2008** hereby

ORDERED that Freeman's motion for summary judgment shall be and hereby is **<u>GRANTED</u>**; and it is further

ORDERED that GLM's motion for summary judgment shall be and hereby is **<u>GRANTED IN PART AND DENIED IN PART</u>** as follows:

1. GLM's motion for summary judgment as to Plaintiffs' claims is <u>granted</u>; and

2. GLM's motion for summary judgment to enforce its indemnity agreement with Freeman is <u>dismissed as moot.</u>

IT IS FURTHER ORDERED that the remaining parties will appear before the undersigned for the Final Pretrial Conference on April

21, 2008 at 1:30 P.M., and that the case is set for jury trial on May 7, 2008 at 9:00 A.M.

                                           **s/ Jerome B. Simandle**
                                           JEROME B. SIMANDLE
                                           United States District Judge